FLORENCE B. D'URSO, as Trustee, Respondent, v SAMUEL PELTZ et al., Appellants, et al., Defendant. [644 NYS2d 614]

No opinion. Concur—Milonas, J. P., Wallach, Ross and Nardelli, JJ.